IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| SEAN M. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:09-cv-0651-MEF |
| ) | WO |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on July 27, 2009 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #5) entered on July 16, 2009 is ADOPTED;

3. Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

DONE this the 31st day of July, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE